UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN GARY COPLEY, | ) | CASE NO. 1: 12 CV 1758 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | <u>ORDER ADOPTING</u> |
| | ) | <u>MAGISTRATE'S REPORT AND</u> |
| | ) | <u>RECOMMENDATION</u> |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. McHargy. The Report and Recommendation (ECF # 18), issued on June 25, 2013, is hereby ADOPTED by this Court. Plaintiff sought review of the Commissioner's decision denying his application for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1381, *eq seq.*. The Magistrate found that the ALJ did not provide a sufficient explanation of his finding s and conclusions, including his ruling at step three of the sequential analysis. Therefore, the Magistrate recommended that the Commissioner's decision be reversed, and the case be remanded for further proceedings consistent with his Report and Recommendation. The Defendant has notified the Court that no objections will be filed. (ECF #19).

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action*

*v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. The Commissioner's decision is reversed and remanded for further proceedings in accordance with this opinion.

    IT IS SO ORDERED.

                                                    /s/ Donald C. Nugent
                                                    DONALD C. NUGENT
                                                    United States District Judge

DATED:   September 19, 2013